STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Informative Technology Systems, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFORMATIVE TECHNOLOGY SYSTEMS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> SECLORE, INC., <br><br> *Defendant.* | CASE NO.: 4:21-cv-08504-YGR <br><br> NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Plaintiff Informative Technology Systems, LLC ("Plaintiff" and/or "ITS") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Seclore, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

| | | |
|---|---|---|
| 1 | Dated: January 20, 2022 | Respectfully submitted, |
| 2 | | */s/ Stephen M. Lobbin* |
| 3 | | Stephen M. Lobbin |
| | | sml@smlavvocati.com |
| 4 | | SML AVVOCATI P.C. |
| 5 | | 888 Prospect Street, Suite 200 |
| | | San Diego, California 92037 |
| 6 | | (949) 636-1391 (Phone) |

***Attorney(s) for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/Stephen M. Lobbin*
Stephen M. Lobbin